R. Sam Hopkins, Chapter 7 Trustee
ECF email: ID07@ecfcbis.com
Correspondence email: samhopkins@qwestoffice.net
P.O. Box 3014
Pocatello, ID 83206-3014
Telephone: (208) 478-7978
FAX: (208) 478-7976

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re: ) | |
| ) | |
| HOUPT, CHARLES WILSON ) | Case No.: 11-40182 |
| ) | |
| HOUPT, GAIL NANETTE ) | Chapter 7 |
| ) | |
| Debtor(s). ) | |
| ) | |

**NOTICE OF SALE BY TRUSTEE**

---

**Notice of Trustee's Sale and Opportunity
to Object and for a Hearing**

<u>No Objection.</u> The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within twenty-one (21) days of the date of this notice.

If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.

<u>Objection.</u> Any objection shall set out the legal and/or factual basis for the objection. A copy of the objection shall be served on the movant.

<u>Hearing on Objection.</u> The objecting party shall also contact the court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

---

TO THE DEBTORS, DEBTORS ATTORNEY, CREDITORS AND OTHER PARTIES IN INTEREST:

PLEASE TAKE NOTICE THAT the undersigned Trustee will sell the below described property in which the above entitled estate claims an interest pursuant to 11 USC 363, Bankruptcy Rule 6004 and LBR 2002.1. <u>This sale will be final unless a written objection and request for hearing is received by the U.S. Bankruptcy Court (801 East Sherman, Pocatello, ID 83201) and the Trustee on or before twenty-one (21) days of the date of this notice.</u>

1. <u>DESCRIPTION OF PROPERTY TO BE SOLD:</u>

    BEGINNING AT A POINT THAT IS SOUTH 89°34'42" EAST ALONG THE
    SECTION LINE 575.69 FEET AND NORTH 0°25'18" EAST 41.5 FEET AND
    NORTH 1°59'42" WEST 365.92 FEET FROM THE SOUTH QUARTER CORNER OF

SECTION 8, TOWNSHIP 2 NORTH, RANGE 38, EAST OF THE BOISE MERIDIAN, BONNEVILLE COUNTY, IDAHO; THENCE NORTH 1°59'42" WEST 365.82 FEET TO THE SOUTHEAST RIGHT OF WAY LINE OF THE YELLOWSTONE HIGHWAY; THENCE NORTH 52°0'18" EAST 120.66 FEET ALONG SAID RIGHT OF WAY LINE; THENCE SOUTH 1°31'12" EAST 404.06 FEET; THENCE SOUTH 68°52'28" WEST 99.78 FEET TO THE POINT OF BEGINNING. EXCEPTING THEREFROM: ANY HIGHWAY OF COUNTY ROAD RIGHT OF WAYS.

Commonly known as: 1954 N. Yellowstone Highway, Idaho Falls, ID 83401

2. TYPE OF SALE:
   (X)  Public Auction

3. TERMS OF SALE:
   ( )  Cash
   (X)  The property shall be sold to the highest bidder in cash. Said property shall be sold with a $175,000.00 reserve. If no bids of a $175,000.00 or more are received the property will not be sold. In order to bid the potential buyers will supply a $10,000 Cashiers Check made payable to themselves to be held by AUCTIONEER until immediately following the auction. The winning bidder will be required to deposit 10% of the winning bid, to be placed as earnest money on the day of auction. Said deposit to include the $10,000 Cashiers Check with the balance paid by personal check or other funds. Property offered for sale is subject to change prior to sale. The sale shall be free and clear of all liens and claims with valid liens and claims to attach to the proceeds of sale.

4. TIME AND PLACE OF SALE:
   Sale will be by public auction to the highest bidder in cash, on Wednesday, November 30th, located at 1954 N. Yellowstone HWY Idaho Falls, ID. Said sale shall commence not later than 11:00 a.m. of said day and shall continue until said property scheduled to be sold on such day is sold.

5. TREATMENT OF EXISTING LIENS:
   (X)  Sale free and clear of all liens with all valid liens to attach to the sale proceeds.
   ( )  Trustee knows of no valid liens claimed against the property.
   ( )  Person claims a lien that is disputed by the Trustee. The Trustee intends to hold the auction proceeds pending resolution.
   (X)  Property taxes, title insurance policy and miscellaneous closing costs due may be paid at closing with remaining sale proceeds to be held pending further order of the court.

6. VALUE OF PROPERTY TO BE SOLD:
   (X)  In the opinion of the Trustee, the sale will determine the reasonable liquidation value of the property.
   ( )  An appraisal of
   ( )  Other:

7. AUTHORITY FOR CONDUCTING SALE:

|  |  |
|---|---|
| ( ) 11 USC 363(f)(1) | (X) 11 USC 363(f)(2) |
| ( ) 11 USC 363(f)(3) | ( ) 11 USC 363(f)(4) |
| ( ) 11 USC 363(f)(5) | (X) Other: Creditors entered a Stipulation agreeing to the sale (docket # 115) |

8. MISCELLANEOUS INFORMATION:

This sale shall be effective immediately and the ten day stay imposed by Rule 6004(h) and other rules is hereby waived.

The sale proceeds will be subject to a proposed auctioneer commission and related costs as approved by the Court.

If required, sale may be continued from time to time or place to place without further notice.

For further information, please contact Prime Time Auctions at (208) 232-4912.

9. ADDITIONAL TERMS OF SALE:

Closing of the property will be held at First American Title. The Trustee will provide a Standard Title Policy and pay one half of the closing agent fee.

Any information listed is not a representation by the Trustee, but is provided to assist purchasers and is based upon the Trustee's best information and belief. Purchasers are deemed to have conducted their own inspection and should not rely on descriptive information provided herein.

Property offered for sale is subject to change or withdrawal prior to sale.

Dated October 13, 2011

/s/ R. Sam Hopkins

R. SAM HOPKINS, TRUSTEE

cc: U.S. Trustee, ECF